08-13117

UNITED STATES BANKURPTCY COURT
DISTRICT OF MASSACHUSETTS

## CHAPTER 13 PLAN

Docket # New Case

<u>DEBTOR:</u>   Dennis Tremblay            SS# xxx-xx-8486

Donna Tremblay             SS# xxx-xx-7977

TERM OF THE PLAN:  <u>60</u> Months-If the plan is longer than thirty-six (36) months, a statement of cause under 11 U.S.C. § 1322 (d) must be attached hereto.

PLAN PAYMENT: Debtor (s) to pay monthly:            **$ 552.00**

### I. SECURED CLAIMS:

A) CLAIMS TO BE PAID THROUGH THE PLAN (INCLUDING ARREARS):

| Creditor | Description of claim (pre-petition Arrears, purchase money, etc.) | Amount of claim |
|---|---|---|
| Rockland Trust | Pre-petition 1st mortgage arrears | $8,100.00 |
| St. Anne's C.U. | Pre-petition 2nd mortgage arrears | $5,000.00 |
| HFC | Pre-petition 3rd mortgage arrears | $3,000.00 |
| Toyota Financial | Pre-petition automobile arrears | $3,000.00 |
| St. Anne's C.U. | Pre-petition automobile arrears | $2,000.00 |
| Retail Services | PMSI furniture | $5,200.00 |

**Total of secured claims to be paid through the Plan     $ 26,300.00**

B) CLAIMS TO BE PAID DIRECTLY BY DEBTOR TO CREDITORS (Not through Plan):

| Creditor | Description of Claim |
|---|---|
| Rockland Trust | post-petition 1st mortgage |
| St. Anne's C.U. | post-petition 2nd mortgage |
| HFC | post-petition 3rd mortgage |
| Toyota Financial | post-petition automobile |
| St. Anne's C.U. | post-petition automobile |

### II. PRIORITY CLAIMS:

| Creditor | Description of claim | Amount of claim |
|---|---|---|
| None | | |

Page 1

Total of priority claims to be paid through the Plan: →$0.00

### III. ADMINISTRATIVE CLAIMS:

A. Attorneys fees (to be paid through the Plan): →$1500.00
(to be paid in first 12 months of plan)

B. Miscellaneous fees:

| Creditor | Description of claim | Amount of claim |
|---|---|---|
| n/a | | →$ 0.00 |

C. The Chapter 13 Trustee's fee is determined by order of the Unites States Attorney General. The calculation of the Plan payment set forth below utilizes a 10% Trustee's commission.

### IV. UNSECURED CLAIMS:

The regular unsecured creditors shall receive a dividend of **10.00%** of their claims.

A) Regular unsecured claims: **$20,000.00**

B) Under-secured claims arising after lien avoidance/cram down:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| n/a | | $ |

Total of A + B regular unsecured claims: $ 133575.00

C) Multiply total by percentage: (Example: Total of $38,500.00     →**$2,000.00**
X .22 dividend = $8,470.00)

D) Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of Claim | Amount of claim |
|---|---|---|
| n/a | | $ |

Total amount of separately classified claims payable at 0%: →  $ 0.00

### V. OTHER PROVISIONS:

A. Liquidation of assets to be used to fund plan:
n/a

Page 2

B. Modification of Secured Claims: Set for the details of modification below or on attached sheets. This information should include name of creditor and detailed explanation of the modification. The total amount of the secured claim that is to be paid through the plan (inclusive of interest) should be set forth in Section I of this Plan.

___n/a_____

C. Miscellaneous Provisions:

n/a_____

## CALCULATION OF PLAN PAYMENT:

a) Secured claims (Section I-A Total):            $26300.00

b) Priority claims (Section II Total):            $ 0.00

c) Administrative claims (Section III A & B Total):   $ 1500.00

d) Regular unsecured claims (Section IV-C Total):   $ 2000.00

e) Separately classified unsecured claims (Section IV-D Total):  +$ 0.00

f) Total of a + b + c + d + e above:              =$ 29800.00

g) Divide (f) by .90 for total including
   Trustee's fee: $ 33111.11             Cost of Plan =$33111.11
   (This represents the total amount to be paid into the Chapter 13 Plan.)

h) Divide (g) Cost of Plan by Term of Plan $33111.11 / 60 months = $ 551.85

i) Round up to nearest dollar: $552.00    Monthly Plan Payment: $552.00
                                          (Enter this amount on page 1)

Pursuant to 11 U.S.C. § 1326(a)(1) unless the Court orders otherwise, debtor shall commence making the payments proposed by a plan within 30 (thirty) days after the plan is filed.

## LIQUIDATION ANALYSIS

I. Real Estate:

| Address | Fair Market Value | Recorded Liens (Schedule D) |
|---|---|---|
| 48 Blackmore Pond Cir., West Wareham MA | $390000.00 | $286114.65 |

Total Net Equity for Real Property: $103885.35

Less Exemptions (Schedule C)   $ <u>103885.35</u> Available Chapter 7: $ **0.00**

08-13117

08-13117

**II. Automobile (Describe year, make, model):**     Value         Liens

| | | |
|---|---|---|
| 1991 Ford Crown Victoria | $500.00 | $0.00 |
| 2005 Toyota Camry | $18500.00 | $19643.04 |
| 2003 Dodge Durango | $8700.00 | $8346.61 |

Net Value of Equity: $853.39  Less Exemptions (Schedule C) $853.39

Available Chapter 7: $ 0.00

**III. All other Assets: (All remaining items on schedule B): (Itemize as necessary)**

Value $6307.15         Less Exemptions (Schedule C):    $ 5207.15
                       Avail. After Ch 7:               $ 1100.00

SUMMARY (Total amount available under Chapter 7): $14125.00

Net Equity (I and II) Plus Other Assets (III) less all claimed exemptions: $ 1100.00

Additional Comments regarding Liquidation Analysis:

N/a

Pursuant to the Joint Procedural Order, Debtor/Counsel are require to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors & interested parties, and to file a Certificate of Service accordingly.

Debtor's Counsel, /s/Robert Simonian, Esq.                April 30, 2008

Counsel's Address:    154 No. Main Street                 Telephone: (508) 678-4000
                      Fall River, MA 02720

I/WE DECLARE UNDER THE PENALITIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

/s/ Dennis Tremblay                                        Dated: April 30, 2008

/s/ Donna Tremblay                                         Dated: April 30, 2008

08-13117

## STATEMENT OF CAUSE PURSUANT TO 11 U.S.C. Sec. 1322 (d)

The Debtor's income exceeds the median income.

I declare under the pains and penalties of perjury that the foregoing representations of fact are true and correct to the best of my knowledge and belief.

/s/ Robert Simonian, Esq.
Attorney for the Debtor                             April 30, 2008
Robert S. Simonian, Esq.

/s/Dennis Tremblay
Debtor                                              April 30, 2008

/s/Donna Tremblay
Debtor                                              April 30, 2008

Page 6

08-13117

# CERTIFICATE OF SERVICE

I, Robert Simonian, Attorney for the Debtor, hereby certify, under the pains and penalties of perjury that I did serve a copy of the Chapter 13 Plan upon the following parties by delivering same by first class mail, postage prepaid.

Dated: April 30, 2008

/s/Robert S. Simonian, Esq.
Robert S. Simonian, Esq.

08-13117

American Express
PO BOX 2855
New York, NY 10116

Capital One
P.O. Box 70884
Charlotte, NC 28272

Gevalia
PO Box 6276
Dover, DE 19905

HFC
PO BOX 17574
Baltimore, MD 21297

Home Depot
PO Box 689100
Des Moines, IA 50368

HSBC Card Services
PO BOX 17051
Baltimore, MD 21297

HSBC Card Services
PO BOX 81622
Salinas, CA 93912

Internal Revenue Service
Insolvency Groups - Stop 20800
25 New Sudbury St.
PO Box 9112
Boston, MA 02203

JC Penney
PO BOX 960090
Orlando, FL 32896-0001

Lowe's
PO BOX 960010
Orlando, FL 32896

Macy's
PO BOX 689195
Des Moines, IA 50368

Massachusetts Dept. of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114

NSTAR
PO BOX 4508
Woburn, MA 01888-4508

08-13117

RAD Associates
Billing Office / A46
2527 Cranberry Hwy.
Wareham, MA 02571

Retail Services
PO Box 17602
Baltimore, MD 21297

Rockland Trust
288 Union St.
Rockland, MA 02370

SouthCoast Hospital Group
363 Highland Avenue
Fall River, MA 02720

Sprint
PO BOX 105243
Atlanta, GA 30348

St. Anne's Credit Union
286 Oliver Street
Fall River, MA 02724

Toyota Financial Services
PO BOX 371339
Pittsburgh, PA 15250

Trustee Carolyn Bankowski
P.O. Box 8250
Boston, MA 02114

U.S. Bankruptcy Trustee
10 Causeway Street
Boston, MA 02222

Verizon
PO BOX 1
Worcester, MA 01654

Wells Fargo Financial
PO BOX 98751
Las Vegas, NV 89193-8784